UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TIMOTHY V. COLGAN

*Plaintiff,*

v.

THE CITY OF WARWICK, R.I.; ERNEST ZMYSLINSKI, in his capacity as Finance Director for the City of Warwick; and WARWICK POLICE DEPARTMENT,

*Defendants.*

CA 08 311T

*{ Removing from C.A. No. KC08-0810 }*

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, Defendant alleges as follows:

1. Defendants, the City of Warwick, its Finance Director, Ernest Zmyslinski, and the City of Warwick Police Department (collectively "Defendants"), are defendants in the civil action filed in Kent County Superior Court, entitled, *Timothy V. Colgan, v. City of Warwick, et al., C.A. No. KC08-0810.*

2. Attached hereto, as Exhibit A, is a copy of the complaint filed in the case being removed, pursuant to Local Civil Rule 81(a).

3. Upon information and belief, the complaint in the above described case was accepted for service by Defendants' counsel on or about August 11, 2008 and, therefore, within thirty (30) days of filing this Notice of Removal. Accordingly, this Notice of Removal is timely

under 28 U.S.C. § 1446(b).

4. The above described action, as stated in plaintiff's complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d). .

5. This Notice of Removal is filed on behalf of all defendants in this matter.

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed, pursuant to Local Rule 81(a)(1).

7. Within ten (10) days after filing this Notice of Removal, defendants shall file certified or attested copies of the docket sheets and all documents filed in the state court case, pursuant to Local Civil Rule 81(b).

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Notice of Removal was mailed, postage prepaid, on this 19th day of August 2008, to:

Raymond J. Angell III, Esq. (#6291)
CASSEL & ANGELL, LLP
1441 Park Avenue, Suite E
Cranston, RI 02920
(401) 383-7177
(401) 383-7178 fax