UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIMOTHY V. COLGAN | : | |
| | : | |
| v. | : | C.A. No. 08-311T |
| | : | |
| CITY OF WARWICK, et al. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
August 21, 2008

BY ORDER:

/s/ Jeannine Noel
Deputy Clerk