UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY V. COLGAN,

*Plaintiff,*

vs.

THE CITY OF WARWICK, RI; and ERNEST ZMYSLINSKI, in his capacity as FINANCE DIRECTOR; and THE CITY OF WARWICK POLICE DEPARTMENT

*Defendants.*

C.A. No. 08-311T

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esq. (#2757), hereby enter my appearance in the above-captioned matter on behalf of the defendants, the City of Warwick, RI; and Ernest Zmyslinski, in his capacity as Finance Director; the City of Warwick Police Department and Stephen M. McCartney, in his capacity as Chief of Police.

Defendants,
By their attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 22nd day of August, 2008, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

rangell@calaw.necoxmail.com

*/s/ Marc DeSisto*

Marc DeSisto