UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY V. COLGAN,

*Plaintiff,*

vs.

THE CITY OF WARWICK, RI; and ERNEST ZMYSLINSKI, in his capacity as FINANCE DIRECTOR; and THE CITY OF WARWICK POLICE DEPARTMENT

*Defendants.*

C.A. No. 08-311T

**ANSWER**

Now come the defendants, the City of Warwick, RI; and Ernest Zmyslinski, in his capacity as Finance Director; the City of Warwick Police Department and Stephen M. McCartney, in his capacity as Chief of Police, and answer the plaintiff's complaint as follows:

1. These defendants admit the allegations contained in paragraphs 1, 2 and 3 of that portion of the plaintiff's complaint entitled "parties and jurisdiction."

2. These defendants make no response to the allegations contained in paragraph 4 of that portion of the plaintiff's complaint entitled "parties and jurisdiction" and leave plaintiff to his proof of same.

3. These defendants admit the allegations contained in paragraphs 5, 6, 7, 8, 9, 11, 12, 13 and 14 of that portion of the plaintiff's complaint entitled "factual allegations."

4. These defendants deny the allegations contained in paragraphs 10, 15, 16 and 17 of that portion of the plaintiff's complaint entitled "factual allegations."

5. These defendants deny the allegations contained in paragraphs 18, 19, 20 and 21 of Count I of the plaintiff's complaint.

6. These defendants deny the allegations contained in paragraphs 22, 23, 24 and 25 of Count II of the plaintiff's complaint.

7. These defendants deny the allegations contained in paragraphs 26, 27 and 28 of Count III of the plaintiff's complaint.

8. These defendants deny and object to all of the claims of relief set forth in the plaintiff's complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of statutory and common law immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead the public duty doctrine as a bar to the within complaint.

### FOURTH AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on the amount of damages recoverable in this matter.

**These defendants hereby demand a trial by jury.**

Defendants,
By their attorney,

/s/ Marc DeSisto
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 22nd day of August, 2008, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

rangell@calaw.necoxmail.com

*/s/ Marc DeSisto*

Marc DeSisto