UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TIMOTHY V. COLGAN<br>*Plaintiff*<br>v.<br>THE CITY OF WARWICK, R.I.; ERNEST ZMYSLINSKI, in his capacity as Finance Director for the City of Warwick; and WARWICK POLICE DEPARTMENT<br>*Defendants* | C.A. No. 08-311 T |

**DEFENDANTS' SUPPLEMENT**
**TO THEIR NOTICE OF REMOVAL**

Pursuant to paragraph 7 of Defendants' Notice of Removal, filed on August 19, 2008, and in accord with Local Civil Rule 81(b), attached hereto is a complete and certified copy of the Kent County Superior Court record entitled, *Timothy V. Colgan, v. City of Warwick, et al., C.A. No. KC08-0810.*

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Supplement was mailed, postage prepaid, on this 27th day of August 2008, to:

Raymond J. Angell III, Esq. (#6291)
CASSEL & ANGELL, LLP
1441 Park Avenue, Suite E
Cranston, RI 02920
(401) 383-7177
(401) 383-7178 fax

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2008-0810 TIMOTHY COLGAN V CITY OF WARWICK

Filing Date: 06-13-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 08-25-2008

Plaintiff: TIMOTHY COLGAN
ID: @11027397

Attorney: RAYMOND ANGELL

Defendant: CITY OF WARWICK
ID: WARWICK
Defendant: ERNEST ZMYSLINSKI
ID: @11027398
Defendant: WARWICK POLICE DEPARTMENT
ID: @11027400
Defendant: STEPHEN MCCARTNEY
ID: @11027401

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-13-2008 | COMPLAINT FILED | |
| 06-13-2008 | INITIAL FILING FEE | |
| 06-13-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCK61949. |
| 08-25-2008 | NOTICE OF REMOVAL | Affiliated: CITY OF WARWICK |
| 08-25-2008 | CASE REMVD TO US DISTRICT CT | |
| 08-25-2008 | OTH DOC FILED DURING DISCOV | |

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT